| | |
|---|---|
| 1 | Nicholas Ulrich |
| | Assistant Attorney General |
| 2 | 1116 West Riverside Avenue, Suite 100 |
| | Spokane, WA 99201-1106 |
| 3 | (509) 456-6390 |

**THE HONORABLE MARY K. DIMKE**

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| WENDY SCHULLER, an individual, | NO. 2:23-cv-00059-MKD |
| Plaintiff, | NOTICE RE: PROPOSED TRIAL DATE AND RELATED DEADLINES |
| v. | |
| EASTERN WASHINGTON UNIVERSITY, a regional university; and LYNN HICKEY, an individual, | |
| Defendants. | |

Plaintiff, Wendy Schuller and Defendant, Eastern Washington University, conferred on Sept. 29, 2023, regarding a new trial date and related deadlines in accordance with the Court's instruction on September 20, 2023 (ECF No. 18).

The parties agree and stipulate that the new trial date should be set for October 21, 2024. Additionally, the parties agree and stipulate to the following proposed deadlines for the Amended Case Scheduling Order:

| | |
|---|---|
| Deadline to add parties, amend pleadings and file for class certification | 210 days prior to trial, March 25, 2024 |
| Rule 26(a)(2) expert reports produced to other parties and emailed to the | |

NOTICE RE: PROPOSED TRIAL DATE AND RELATED DEADLINES

1

ATTORNEY GENERAL OF WASHINGTON
Torts Division
1116 West Riverside, Suite 100
Spokane, WA 99201-1106
(509) 456-3123

| | |
|---|---|
| Court:<br>    Plaintiff – Initial Experts:<br>    Defendant – Initial Experts:<br>    Plaintiff – Rebuttal Experts: | <br>270 days before trial, Jan. 25, 2024<br>240 days before trial, Feb. 26, 2024<br>210 days before trial, March 25, 2024 |
| All interrogatories, requests for production, and requests for admission, served | 70 days before discovery cutoff |
| Motions to compel discovery filed | 30 days before discovery cutoff |
| Discovery Cutoff | 150 days before trial, May 24, 2024 |
| Referral for Settlement Conference | 150 days before trial, May 24, 2024 |
| Notice of to-be-adjudicated claims and affirmative defenses filed | 143 days before trial, May 31, 2024 |
| All *Daubert* motions filed | 195 days before trial, April 9, 2024 |
| All dispositive and state certification motions filed | 143 days before trial, May 31, 2024 |
| Witness and Exhibits List<br>    Lists filed and served:<br>    Objections filed and served:<br>    Response to Exhibit/Witness objections: | <br>56 days before trial, Aug. 26, 2024<br>49 days before trial, Sept. 2, 2024<br>42 days before trial, Sept. 9, 2024 |
| Deposition Designations<br>    Designated transcripts served:<br>    Cross-designations served:<br>    Objections filed and served:<br>    Response to objections: | <br>63 days before trial, August 19, 2024<br>49 days before trial, Sept. 2, 2024<br>35 days before trial, Sept. 16, 2024<br>30 days before trial, Sept. 21, 2024 |
| All motions *in limine* filed | 56 days before trial, Aug. 26, 2024 |
| Response to Motions in Limine | 49 days before trial, Sept. 2, 2024 |
| Replies to Motions in Limine | 42 days before trial, Sept. 9, 2024 |
| Joint Proposed Pretrial Order filed and emailed to the Court | 35 days before trial, Sept. 16, 2024 |
| Trial Briefs, *Voir Dire*, Jury Instructions (Agreed/Disputed), Verdict Forms | 35 days before trial, Sept. 16, 2024 |
| Objection to Individually Proposed Jury Instructions | 30 days before trial, Sept. 21, 2024 |
| Pre-Trial Conference / Motion in Limine Hearing | Sept. 25, 2024 (in person). |

NOTICE RE: PROPOSED TRIAL DATE AND RELATED DEADLINES

2

ATTORNEY GENERAL OF WASHINGTON
Torts Division
1116 West Riverside, Suite 100
Spokane, WA 99201-1106
(509) 456-3123

Plain:

| Exhibits for Trial | 2 weeks before trial |
|---|---|
| Final Pretrial Conference | October 21, 2024 |
| Jury Trial | October 21, 2024 (two weeks). |

The parties respectfully request the Court to continue the trial date as indicated above, and continue all remaining deadlines consistent with that new date.

DATED this 4th day of October, 2023.

ROBERT W. FERGUSON
Attorney General

*s/ Nicholas Ulrich*
NICHOLAS R. ULRICH, WSBA No. 50006
Assistant Attorney General
Attorneys for Defendant
1116 W. Riverside, Suite 100
Spokane WA 99201
509-456-3123 - Telephone
Nicholas.ulrich@atg.wa.gov

NOTICE RE: PROPOSED TRIAL DATE AND RELATED DEADLINES

3

ATTORNEY GENERAL OF WASHINGTON
Torts Division
1116 West Riverside, Suite 100
Spokane, WA 99201-1106
(509) 456-3123

# CERTIFICATE OF SERVICE

I certify that I served a copy of this document on all parties or their counsel of records on the date below as follows:

> Dunn & Black, P.S.
> Alexandria T. Drake
> Robert A. Dunn
> 111 North Post, Suite 300
> Spokane, WA 99201
> bdunn@dunnandblack.com
> adrake@dunnandblack.com

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED this 4th day of October, 2023, at Spokane, Washington.

> *s/ Nicholas Ulrich*
> NICHOLAS R. ULRICH, WSBA No. 50006
> Assistant Attorney General
> Attorney for Defendant
> 1116 W. Riverside, Suite 100
> Spokane WA 99201
> 509-456-3123
> Nicholas.ulrich@atg.wa.gov

NOTICE RE: PROPOSED TRIAL DATE AND RELATED DEADLINES

4

ATTORNEY GENERAL OF WASHINGTON
Torts Division
1116 West Riverside, Suite 100
Spokane, WA 99201-1106
(509) 456-3123