ROBERT A. DUNN, WSBA No 12089
ALEXANDRIA T. DRAKE, WSBA No. 45188
KENNETH A. THOMPSON, WSBA No. 36363
DUNN & BLACK, P.S.
111 North Post, Suite 300
Spokane, WA 99201-0907
Telephone: (509) 455-8711
Facsimile: (509) 455-8734
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| WENDY SCHULLER, an individual,<br><br>Plaintiff,<br><br>v.<br><br>EASTERN WASHINGTON UNIVERSITY, a regional university; and LYNN HICKEY, an individual,<br><br>Defendants. | NO. 2:23-cv-00059-MKD<br><br>**NOTICE OF COMPLIANCE PURSUANT TO NOTICE SETTING COURT'S SCHEDULING CONFERENCE RE: RULE 26(a)(1) REQUIREMENTS – EXPERT DISCLOSURES** |

Plaintiff, by and through her attorneys of record, Dunn & Black, P.S., hereby submits the following notice that Plaintiff has complied with all requirements under this Court's October 6, 2023 Second Jury Trial Scheduling Order (ECF No. 20) with regard to Plaintiff's expert witness disclosures pursuant to Federal Rule of Civil Procedure 26(a)(1).

//

//

NOTICE OF COMPLIANCE… - 1

**Dunn&Black**
A Professional Service Corp.
111 North Post, Suite 300
Spokane, WA 99201
VOICE: (509) 455-8711 • FAX: (509) 455-8734

DATED this 25th day of January, 2024.

                          DUNN & BLACK, P.S.

                          s/ ALEXANDRIA T. DRAKE
                          ALEXANDRIA T. DRAKE, WSBA No. 45188
                          KENNETH A. THOMPSON, WSBA No. 36363
                          ROBERT A. DUNN, WSBA No. 12089
                          Attorneys for Plaintiff
                          Dunn & Black, P.S.
                          111 North Post, Suite 300
                          Spokane, WA 99201-0907
                          Telephone: (509) 455-8711
                          Fax:        (509) 455-8734
                          Email:  bdunn@dunnandblack.com
                                       adrake@dunnandblack.com
                                       kthompson@dunnandblack.com

NOTICE OF COMPLIANCE… - 2

**Dunn&Black**
A Professional Service Corp.
111 North Post, Suite 300
Spokane, WA 99201
VOICE: (509) 455-8711 • FAX: (509) 455-8734

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 25th day of January, 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/EFC system. The CM/ECF system will send notification of such filings to the following:

- **Nicholas R Ulrich**

    Nicholas.Ulrich@atg.wa.gov,TORSpoEF@atg.wa.gov,rosie.thompson@atg.wa.gov,David.Loeser@atg.wa.gov,elizabeth.Kirwin@atg.wa.gov,Jodi.Gress@atg.wa.gov Ulrich

    s/ ALEXANDRIA T. DRAKE
ALEXANDRIA T. DRAKE, WSBA No. 45188
KENNETH A. THOMPSON, WSBA No. 36363
ROBERT A. DUNN, WSBA No. 12089
Attorneys for Plaintiff
Dunn & Black, P.S.
111 North Post, Suite 300
Spokane, WA 99201-0907
Telephone: (509) 455-8711
Fax:        (509) 455-8734
Email:  bdunn@dunnandblack.com
            adrake@dunnandblack.com
            kthompson@dunnandblack.com

NOTICE OF COMPLIANCE… - 3