R. Reese Sterett
Assistant Attorney General
1116 West Riverside Avenue, Suite 100
Spokane, WA 99201-1106
(509) 456-3123

**THE HONORABLE MARY K. DIMKE**

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| WENDY SCHULLER, an individual,<br><br>                    Plaintiff,<br><br>          v.<br><br>EASTERN WASHINGTON UNIVERSITY, a regional university; and LYNN HICKEY, an individual,<br><br>                    Defendants. | NO.  2:23-cv-00059-MKD<br><br>STATEMENT OF MATERIAL FACTS NOT IN DISPUTE |

Pursuant to L. Civ. R. 56(c)(1), Defendants provide the following statement of material facts not in dispute,

1.      Ms. Schuller was hired as EWU's Women's Basketball Head Coach on June 1, 2001.  Declaration of Lynn Hickey Ex. C.

2.      On April 19, 2017, Ms. Schuller entered into a new contract which contained both a Termination for Convenience provision and Entire Agreement provision.  This contract was for a definite term from May 1, 2017 through April 30, 2022.  Id., Ex. A.

3.      During Wendy Schuller's tenure as EWU Women's Basketball

STATEMENT OF MATERIAL
FACTS NOT IN DISPUTE

1

ATTORNEY GENERAL OF WASHINGTON
Torts Division
1116 West Riverside, Suite 100
Spokane, WA  99201-1106
(509) 456-3123

Head Coach, the Women's Basketball Team's record was as follows:

| Season | Overall | Conference | Standing | Postseason |
|---|---|---|---|---|
| **Eastern Washington** *(Big Sky)* (2001–present) | | | | |
| 01–02 | 11–18 | 6–8 | 5th | |
| 02–03 | 17–12 | 7–7 | 5th | |
| 03–04 | 13–16 | 5–9 | 6th | |
| 04–05 | 16–12 | 8–6 | 4th | |
| 05–06 | 13–15 | 7–7 | T–4th | |
| 06–07 | 10–19 | 5–11 | 7th | |
| 07–08 | 4–25 | 1–15 | 9th | |
| 08–09 | 10–19 | 5–11 | 7th | |
| 09–10 | 19–12 | 12–4 | 1st | WNIT 1st Round |
| 10–11 | 13–18 | 8–8 | 6th | |
| 11–12 | 16–14 | 10–6 | 3rd | |
| 12–13 | 19–13 | 14–6 | 3rd | WNIT 1st Round |
| 13–14 | 16–14 | 12–8 | 4th | |
| 14–15 | 21–12 | 12–6 | T–3rd | WNIT 2nd Round |
| 15–16 | 20–12 | 13–5 | 2nd | |
| 16–17 | 19–14 | 12–6 | 4th | WBI 2nd Round |
| 17–18 | 17–14 | 12–6 | 4th | |
| 18–19 | 13–20 | 9–11 | 6th | |
| 19–20 | 4–26 | 3–17 | 10th | |
| 20–21 | 6–17 | 5–12 | 9th | |
| **Eastern Washington:** | 277–322 (.462) | 166–169 (.496) | | |

STATEMENT OF MATERIAL
FACTS NOT IN DISPUTE

2

ATTORNEY GENERAL OF WASHINGTON
Torts Division
1116 West Riverside, Suite 100
Spokane, WA  99201-1106
(509) 456-3123

Id. 17.

4.    In 2018, Ms. Schuller expressed interest in taking over as the Senior Woman Administrator at EWU.  Id. ¶22.

5.    Ms. Schuller was interviewed in 2020 regarding a Title IX audit of EWU.  Id. ¶23.

6.    Ms. Schuller voiced concerns regarding the alleged inappropriate acts of EWU football players.  Id. ¶25; ¶27.

7.    March 31, 2021, Ms. Schuller was terminated from her position as Head Coach for EWU Women's Basketball Team.  Ex. B.

8.    On March 31, 2021, Ms. Schuller was offered a six-month severance check pursuant to the Termination for Convenience Clause which she refused.

DATED this 4th day of October, 2024.

ROBERT W. FERGUSON
Attorney General

*s/ Reese Sterett*
REESE STERETT, WSBA No. 29408
Assistant Attorney General
Attorneys for Defendant
1116 W. Riverside, Suite 100
Spokane WA 99201
509-456-3123 - Telephone
Reese.Sterett@atg.wa.gov

STATEMENT OF MATERIAL
FACTS NOT IN DISPUTE

3

ATTORNEY GENERAL OF WASHINGTON
Torts Division
1116 West Riverside, Suite 100
Spokane, WA  99201-1106
(509) 456-3123

**CERTIFICATE OF SERVICE**

I certify that I electronically filed this document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

> Dunn & Black, P.S.
> Alexandria T. Drake
> Robert A. Dunn
> 111 North Post, Suite 300
> Spokane, WA 99201
> bdunn@dunnandblack.com
> adrake@dunnandblack.com

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED this __4th__ day of October, 2024, at Spokane, Washington.

_____s/ Reese Sterett_____
REESE STERETT, WSBA No. 29408
Assistant Attorney General
Attorneys for Defendant
1116 W. Riverside, Suite 100
Spokane WA 99201
509-456-3123 - Telephone
Reese.Sterett@atg.wa.gov

STATEMENT OF MATERIAL
FACTS NOT IN DISPUTE

4

ATTORNEY GENERAL OF WASHINGTON
Torts Division
1116 West Riverside, Suite 100
Spokane, WA 99201-1106
(509) 456-3123