ROBERT A. DUNN, WSBA No 12089
ALEXANDRIA T. DRAKE, WSBA No. 45188
DUNN & BLACK, P.S.
111 North Post, Suite 300
Spokane, WA 99201-0907
Telephone: (509) 455-8711
Facsimile: (509) 455-8734
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| WENDY SCHULLER, an individual, | NO. 2:23-cv-00059 |
| Plaintiff, | |
| v. | **JOINT STATUS REPORT RE: RESULTS OF MEDIATION** |
| EASTERN WASHINGTON UNIVERSITY, a regional university; and LYNN HICKEY, an individual, | |
| Defendants. | |

The parties respectfully submit this Joint Status Report pursuant to the Court's Order Referring Case to Mediation (ECF No. 45) filed October 2, 2024. The parties participated in mediation before Magistrate Judge James A. Goeke on December 17, 2024. The parties were unable to reach any agreement to resolve

//

//

//

JOINT STATUS REPORT RE:
RESULTS OF MEDIATION - 1

**Dunn&Black**
A Professional Service Corp.
111 North Post, Suite 300
Spokane, WA 99201
VOICE: (509) 455-8711 • FAX: (509) 455-8734

1 | this matter.

2 |     DATED this 18th day of December, 2024.

3 |     DUNN & BLACK, P.S.

4

5 | s/ ALEXANDRIA T. DRAKE
ALEXANDRIA T. DRAKE, WSBA No. 45188
ROBERT A. DUNN, WSBA No. 12089
Attorneys for Plaintiff
Dunn & Black, P.S.
111 North Post, Suite 300
Spokane, WA 99201-0907
Telephone: (509) 455-8711
Fax:             (509) 455-8734
Email:  bdunn@dunnandblack.com
             adrake@dunnandblack.com


ROBERT W. FERGUSON
Attorney General

s/ ELIZABETH ANNE OLSEN
ELIZABETH ANNE OLSEN
WSBA No. 58702
Assistant Attorney General
Elizabeth.Olsen@atg.wa.gov
Appearing Attorney for Defendants

JOINT STATUS REPORT RE:
RESULTS OF MEDIATION - 2

**Dunn&Black**
A Professional Service Corp.
111 North Post, Suite 300
Spokane, WA 99201
VOICE: (509) 455-8711 • FAX: (509) 455-8734

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 18th day of December, 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/EFC system. The CM/ECF system will send notification of such filings to the following:

- **Elizabeth Olsen**

  Elizabeth.olsen@atg.wa.gov

s/ ALEXANDRIA T. DRAKE
ALEXANDRIA T. DRAKE, WSBA No. 45188
ROBERT A. DUNN, WSBA No. 12089
Attorneys for Plaintiff
Dunn & Black, P.S.
111 North Post, Suite 300
Spokane, WA 99201-0907
Telephone: (509) 455-8711
Fax:            (509) 455-8734
Email:  bdunn@dunnandblack.com
            adrake@dunnandblack.com

JOINT STATUS REPORT RE: RESULTS OF MEDIATION - 3

**Dunn&Black**
A Professional Service Corp.
111 North Post, Suite 300
Spokane, WA 99201
VOICE: (509) 455-8711 • FAX: (509) 455-8734