FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 20, 2024

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| WENDY SCHULLER, an individual,<br><br>Plaintiff,<br><br>v.<br><br>EASTERN WASHINGTON UNIVERSITY, a regional university; and LYNN HICKEY, an individual,<br><br>Defendants. | No. 2:23-CV-00059-MKD<br><br>ORDER GRANTING STIPULATED MOTION TO CONTINUE AND MOTION TO EXPEDITE, AND DIRECTING FURTHER FILING<br><br>**ECF Nos. 79, 80** |

Before the Court are the parties' Motion and Stipulation to Modify Case Scheduling Order and Extend Trial Date and Future Deadlines, ECF No. 80, and related Motion to Expedite, ECF No. 79. The parties request a continuance of the trial, pretrial conference, and remaining pretrial deadlines to allow time to resolve Defendants' Motion for Summary Judgment, ECF No. 46. The Court finds good cause to grant the requested continuance pursuant to Fed. R. Civ. P. 16(b)(4).

Accordingly, **IT IS HEREBY ORDERED:**

ORDER - 1

1. The parties' Motion and Stipulation to Modify Case Scheduling Order and Extend Trial Date and Future Deadlines, **ECF No. 80**, and Motion to Expedite, **ECF No. 79**, are **GRANTED**.

2. The jury trial set for **February 24, 2025**, and the pretrial conference set for **January 29, 2025**, are **STRICKEN**.

3. All remaining pretrial filing deadlines are **STRICKEN**.

4. The parties shall confer with each other and with Courtroom Deputy Cora Vargas (Cora_Vargas@waed.uscourts.gov) regarding available dates for the trial and pretrial conference.

5. **By no later than January 15, 2025**, the parties shall file a joint proposed scheduling order resetting the remaining pretrial deadlines, the pretrial conference, and the trial date.

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order and provide copies to the parties.

DATED December 20, 2024.

*s/Mary K. Dimke*
MARY K. DIMKE
UNITED STATES DISTRICT JUDGE

ORDER - 2