FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 06, 2025

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| WENDY SCHULLER,<br><br>                  Plaintiff,<br><br>vs.<br><br>EASTERN WASHINGTON UNIVERSITY, a regional university; and LYNN HICKEY, an individual,<br><br>                  Defendants. | CASE NO:  2:23-CV-0059-RLP<br><br>ORDER OF REFERRAL TO MAGISTRATE JUDGE FOR SETTLEMENT CONFERENCE |

The parties have advised the Court that they would like another referral to Magistrate Judge Goeke for a settlement conference. Accordingly, pursuant to the parties' representations and LCivR 16(a)(5), this matter is referred to Magistrate Judge James A. Goeke for scheduling and conducting a settlement conference. Magistrate Judge Goeke will issue a separate order outlining the date, requirements, and procedures for the settlement conference.

ORDER OF REFERRAL FOR SETTLEMENT CONFERENCE - 1

1  **IT IS SO ORDERED.** The District Court Executive shall enter this order

2  and provide copies to counsel and Magistrate Judge Goeke.

3  DATED March 6, 2025.

4

5  _____

6  REBECCA L. PENNELL
   United States District Judge

ORDER OF REFERRAL FOR SETTLEMENT CONFERENCE - 2