# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| WENDY SCHULLER,<br><br>                    Plaintiff,<br><br>vs.<br><br>EASTERN WASHINGTON UNIVERSITY, a regional university; and LYNN HICKEY, an individual,<br><br>                    Defendants. | Case No.   2:23-CV-0059-RLP<br><br>**CIVIL MINUTES**<br><br>DATE:    3/18/2025<br><br>LOCATION:   Spokane Video Conference<br><br>**STATUS HEARING** |

### JUDGE REBECCA L. PENNELL

| Linda Hansen | | | Not Reported |
|---|---|---|---|
| **Courtroom Deputy** | **Law Clerk** | **Interpreter** | **Court Reporter** |
| Alexandria Drake / Olivia Johnston<br>**Plaintiff's Counsel** | | Elizabeth Olsen<br>**Defense Counsel** | |

**[ X ] Open Court**

All parties are present via video conference.

The parties advised that they are scheduled for a mediation with Magistrate Judge Goeke on April 1, 2025.

The Court and counsel discussed setting a new trial date and pretrial deadlines.

The Court set a trial date of **August 25, 2025,** and will set any remaining deadlines working back from that date.

| CONVENED:  11:29 AM | ADJOURNED:  11:23 AM | TIME:  4 MINS | [ X ] ORDER FORTHCOMING |
|---|---|---|---|