FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 22, 2025

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| WENDY SCHULLER, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>EASTERN WASHINGTON UNIVERSITY, a regional university and LYNN HICKEY, an individual,<br><br>    Defendants. | No. 2:23-CV-00059-RLP<br><br>**SUPPLEMENTAL PRETRIAL SCHEDULING ORDER**<br><br>**JURY TRIAL SCHEDULED FOR AUGUST 25, 2025** |

The Court previously set this matter for trial commencing on August 25, 2025. ECF No. 94. This order remains in force with all deadlines contained therein. Now, at the request of Plaintiff Wendy Schuller, the Court orders the following additional deadlines for pretrial submissions:

## MOTION DEADLINES

**1.    Motions *in Limine*.**

A. *Motions* in Limine: shall be filed and served on or before July 14, 2025.

B. *Responses*: shall be filed and served on or before July 21, 2025.

C. *Replies*: shall be filed and served on or before July 28, 2025.

D. *Notation*: Motions *in limine* shall be noted for hearing at the pretrial conference.

## TRIAL PREPARATION DEADLINES

**SUPPLEMENTAL PRETRIAL SCHEDULING ORDER * 1**

2. **Exhibit and Witness Lists.**

   A. *Exhibit Lists and Witness Lists*: shall be filed and served and exhibits made available for inspection (or copies provided), on or before July 21, 2025.

   B. *Identification*: The witness list shall include identification of each witness's testimony.

   C. *Notation of Exhibits*: Where feasible, all exhibits identified in depositions shall be pre-marked with the exhibit numbers that will be used at trial. Plaintiff's trial exhibits are to be numbered 1 through 199; Defendant's exhibits are to be numbered 200 and following.

   D. *Objections*: Objections to the opposing party's witness list or exhibit list and any accompanying briefs shall be filed and served on or before July 28, 2025.

   E. *Responses*: Responses, if any, to objections shall be filed and served on or before August 4, 2025

3. **Pretrial Exhibit Stipulation.**

   A. *Stipulation*: The parties shall prepare a pretrial exhibit stipulation that shall contain each party's numbered list of all trial exhibits with the opposing party's objections to each exhibit, including the basis of the objection and the offering party's brief response. All exhibits to which there is no objection shall be deemed admitted, subject to any objections at trial that could not be raised in advance.

   B. *Deadline*: The pretrial exhibit stipulation shall be filed on August 4, 2025.

   C. Objections to witness and exhibits shall be heard at the pretrial conference.

//

//

**SUPPLEMENTAL PRETRIAL SCHEDULING ORDER * 2**

1    **IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter
2    this Order and to provide copies to counsel.
3        **DATED** April 22, 2025

_____
Rebecca L. Pennell
United States District Judge