```
ROBERT A. DUNN, WSBA No 12089
ALEXANDRIA T. DRAKE, WSBA No. 45188
OLIVIA M. JOHNSTON, WSBA No. 62737
DUNN & BLACK, P.S.
111 North Post, Suite 300
Spokane, WA 99201-0907
Telephone: (509) 455-8711
Facsimile: (509) 455-8734
Attorneys for Plaintiff
```

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| WENDY SCHULLER, an individual,<br><br>Plaintiff,<br><br>v.<br><br>EASTERN WASHINGTON UNIVERSITY, a regional university; and LYNN HICKEY, an individual,<br><br>Defendants. | NO. 2:23-cv-00059-<br><br>**DECLARATION OF BARBARA LUNA** |

I, BARBARA LUNA, make this Declaration under penalty of perjury under the laws of the State of Washington:

1.  I am over the age of 18, have personal knowledge of and am competent to testify with regard to the matters contained herein.

2.  I am a Senior Partner in the accounting and litigation services firm of White, Zuckerman, Warsavsky, Lyna & Hunt, LLP ("White Zuckerman").

DECLARATION OF BARBARA LUNA - 1

**Dunn&Black**
A Professional Service Corp.
111 North Post, Suite 300
Spokane, WA 99201
VOICE: (509) 455-8711 • FAX: (509) 455-8734

3. I was retained by Plaintiff to determine and calculate Plaintiff's economic damages suffered as a result of the termination of Plaintiff's employment from Defendant Eastern Washington University.

4. I expect to testify to the matters discussed in my expert report, as supplemented and amended, and to provide rebuttal testimony in response to the opinions and testimony provided by Defendants' experts consistent with the opinions in my report.

5. I reside and perform work for White Zuckerman in Sherman Oaks, California.

6. I have testified as an expert witness in over 500 trials and arbitrations over 40 years, as well as in 500 depositions during the same time period.

7. Over the past six months, I have suffered from multiple serious health conditions that have unexpectedly substantially limited my ability to travel for trial in this case and other matters.

8. In particular, I have been diagnosed with a heart condition for which I am expected to undergo surgery later this year in October 2025.

9. Additionally, I have had multiple infections affecting my right knee and right kidney for which I was hospitalized for several weeks this year and was only recently released.

DECLARATION OF BARBARA LUNA - 2

**Dunn&Black**
A Professional Service Corp.
111 North Post, Suite 300
Spokane, WA 99201
VOICE: (509) 455-8711 • FAX: (509) 455-8734

10.  Due to these conditions, I am concerned that traveling significant distances is likely to negatively impact my recovery from my knee injury and exacerbate my other medical conditions shortly before my surgery scheduled for this October.

11.  I have sufficient equipment and access to testify effectively by contemporaneous transmission from my home and/or office in Sherman Oaks, California.

12.  I have requested and been permitted to testify remotely without issue or incident in several other matters this year, including a recent jury trial pending in Spokane County Superior Court.

DATED this 20th day of June, 2025, at Sherman Oaks, CA.

_Barbara Luna_
BARBARA LUNA

DECLARATION OF BARBARA LUNA - 3

**Dunn&Black**
A Professional Service Corp.
111 North Post, Suite 300
Spokane, WA 99201
VOICE: (509) 455-8711 • FAX: (509) 455-8734

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 30th day of June, 2025, I electronically filed the foregoing document with the Clerk of the Court using the CM/EFC system. The CM/ECF system will send notification of such filings to the following:

- Elizabeth Anne Olsen    elizabeth.olsen@atg.wa.gov, Sabrina.Mitchell@atg.wa.gov

s/ ALEXANDRIA T. DRAKE
ALEXANDRIA T. DRAKE, WSBA No. 45188
ROBERT A. DUNN, WSBA No. 12089
OLIVIA M. JOHNSTON, WSBA No. 62737
Attorneys for Plaintiff
Dunn & Black, P.S.
111 North Post, Suite 300
Spokane, WA 99201-0907
Telephone: (509) 455-8711
Fax:        (509) 455-8734
Email:  bdunn@dunnandblack.com
        adrake@dunnandblack.com

DECLARATION OF BARBARA LUNA - 4

**Dunn&Black**
A Professional Service Corp.
111 North Post, Suite 300
Spokane, WA 99201
VOICE: (509) 455-8711 • FAX: (509) 455-8734